THEODORE BEHNKE, Appellant, *v.* BROOKLYN & QUEENS TRANSIT CORPORATION, Respondent.

Submitted March 2, 1942; decided March 19, 1942.

*Emanuel Thebner* for appellant.

*William C. Chanler, Corporation Counsel (Paxton Blair* of counsel), for respondent.

Appeal withdrawn by permission of the court, without costs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.